Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

2021 AUG 11 P 12: 43

DEPUTY CLERK

Jonathan Oliver

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Arizona State University

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jonathan Oliver
Street Address: 9 cherry hill
City and County: Monticello
State and Zip Code: ME 04760
Telephone Number: 2077648585
E-mail Address: Oliverjonathan78@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/5/21

Signature of Plaintiff: *Jonathan Oliver*

Printed Name of Plaintiff: Jonathan Oliver

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Name: Arizona State University
Job or Title (if known):
Street Address: 411 N. Central AVE
City and County: Phoenix
State and Zip Code: Arizona, 85004
Telephone Number: 480-965-7788
E-mail Address (if known):

Defendant No. 2
Name: Arizona Board of Regents
Job or Title (if known):
Street Address: 2700 N Central Ave Suite 400
City and County: Phoenix
State and Zip Code: Arizona 85004
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: State of Arizona
Job or Title (if known):
Street Address: 400 West Congress St
City and County: Phoenix
State and Zip Code: Arizona 85007
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: University of Arizona Global Campus
Job or Title (if known):
Street Address: 8620 Spetrum Center Blvd
City and County: San Diego
State and Zip Code: California 92123-1406
Telephone Number: 866 711 1700
E-mail Address (if known): Contactus@uagc.edu

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [ ] Diversity of citizenship

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Due Process

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff *(name)* Jonathan Oliver is a citizen of the State of *(name)* Maine

    b. If the plaintiff is a corporation

    The plaintiff *(name)* _____ is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant *(name)* _____ is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

    b. If the defendant is a corporation

    The defendant *(name)* Arizona State University is incorporated under the laws of the State of *(name)* Arizona and Federal and has its principal place of business in the State of *(name)* Arizona Or is incorporated under the laws of *(foreign nation)* Arizona and has its principal place of business in *(name)* Arizona

C. The defendant University of Arizona Global Campus is incorporated under the laws of the State of California and Arizona and has its principal place of business in California and Arizona.

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain):* The plaintiff drew loans that were not necessary and had to spend time meeting program g standards, rights were violated also

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached

Statement of Claim

In 2019 and 2020 the plaintiff attended the Criminal Justice Masters program at Arizona State University's online service.

The department violated a rule about how transfer courses were to be considered. The university did not allow the courses, even though another state university did which shared an agreement and status with ASU. Disallowing the courses caused a financial loss. Furthermore, the department refused to allow appropriate institutional processes. An attempted appeal was made to the Board of Regents, the student regent, and the governor's office as regent. All rejected inquiry and the regents clerk rejected an appeal about the matter. A petition was sent to the state legislature and the plaintiff has not received a response. The plaintiff lost the right to process. The problem in question could effect thousands of other students.

Relief is sought for two things: the aggravation caused by the refusal of administration to follow their own rules and for the financial burden caused by the costs associated with enrollment and attendance.

Damage amount sought:

punitive: $100,000,000

Actual: 3 years of wages and loan amount at $300,000

total: $100,300,000

It is also motioned that the court orders the university to award credit and the deserved degree.

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/5/21

Signature of Plaintiff: *Jonathan Olier*
Printed Name of Plaintiff: Jonathan Olier

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address