UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JONATHAN OLIVER, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | 1:21-CV-0228-LEW |
| ARIZONA STATE UNIVERSITY, et al., | ) ) ) ) | |
| Defendant | ) | |

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

On September 12, 2021, the United States Magistrate Judge recommended the dismissal of Plaintiff's complaint for failure to prosecute. The time within which to file an objection to the recommendation expired on October 5, 2021. As of this date, Plaintiff still has not filed an objection to the Magistrate Judge's recommendation or otherwise cured the failure to prosecute by either substantiating his request to proceed in forma pauperis or paying the filing fee. The Magistrate Judge notified Plaintiff that failure to object would waive his right to *de novo* review and appeal. The Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

Dated this 26th day of October, 2021.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE